

**THOMAS MULLINS, CSR**
**OFFICIAL COURT REPORTER**
**COUNTY COURT AT LAW NO. 1**
**2100 Bloomdale Road, Suite 20364**
**McKinney, Texas 75071**
**(972) 548-3866**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/11/2015 11:01:18 AM
LISA MATZ
Clerk

August 11, 2015

Ms. Lisa Matz, Clerk
Court of Appeals
Fifth District of Texas
600 Commerce Street
George Allen Courts Building
Dallas, Texas 75202

Re:     Trial Court Case Number: 001-85822-2014
        Appellate #05-15-00953-CR
        Robert Earl Marzett vs. State of Texas

Dear Ms. Matz:

I received notice today that the Reporter's Record is due in the above styled and numbered cause. The Appellant appealed this case from the Municipal Court in Plano, Texas, which is a court of record, and this court ruled on it, and there was no Reporter's Record made.

If you have any questions, please don't hesitate to let me know.

Sincerely yours,

/s/ Thomas Mullins
Thomas Mullins, CSR
Official Court Reporter
County Court At Law No. 1
Collin County, Texas
McKinney, Texas 75069